UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SONNA GRIFFITHS, JACK LICHA, STEVEN ELLI, PAMELA HAGEN, CYNTHIA WADE, APRIL CAPELLO, JOSEPH JORDAN, DONNA THOMAS, JULIE GOODWIN, and DANIEL FERGUSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KOOTENAI HEALTH, INC.,

Defendant.

Case No. 2:24-cv-00205-AKB
(lead case)

**JUDGMENT**

Case No. 2:24-cv-00378-AKB
Case No. 2:24-cv-00385-AKB
Case No. 2:24-cv-00389-AKB
Case No. 2:24-cv-00407-AKB
Case No. 2:24-cv-00411-AKB
Case No. 2:24-cv-00421-AKB
(consolidated cases)

In accordance with the Order entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire consolidated case is DISMISSED. After entry of the Judgment, the Clerk of Court shall close this case.

DATED: March 25, 2026

Amanda K. Brailsford
U.S. District Court Judge